IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN SUE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-4415-P-BN |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**RECOMMENDATION REGARDING MOTION
TO PROCEED IN FORMA PAUPERIS ON APPEAL**

The undersigned magistrates judge has considered Plaintiff's application for leave to proceed *in forma pauperis* on appeal and attached declaration [Dkt. No. 30].

( )  The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 should be GRANTED.
  ( )  The Plaintiff should be assessed an initial partial appellate fee of $ ____. *See* 28 U.S.C. § 1915(b)(1).
  ( )  The Plaintiff should not be assessed an initial partial appellate fee. *See* 28 U.S.C. § 1915(b)(1).
  ( )  The plaintiff should pay $ _____, the balance of the appellate filing fee, in monthly installments. *See* 28 U.S.C. § 1915(b)(2)

( **X** )  The application for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:
  ( )  The Plaintiff is not a pauper.
  ( )  The Plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2). *See* Notice of Deficiency and Order filed on _____.
  ( **X** )  Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and because the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 28] do not constitute an appealable order, *see Donaldson v. Ducote,* 373 F.3d 622, 624 (5th Cir. 2004), the Court should certify that the appeal is not taken in good faith.

DATED: December 20, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE